**FILED**

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0425



# IN THE SUPREME COURT OF THE STATE OF MONTANA
# THE OFFICE OF THE CLERK OF SUPREME COURT
# HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0425

MARCUS COOK,

     Petitioner and Appellee,

v.

KIM ELIZABETH BODINE,

     Respondent and Appellant.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellee is given an extension of time until December 20, 2023, to prepare, file, and serve the Appellee's brief.

DATED this November 17, 2023



Bowen Greenwood
Clerk of the Supreme Court

c:    Marcus Cook, Matthew A. Dodd